NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: linda.j.mott@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>CHRISTOPHER COTTON,<br><br>                  Defendant. | Case No. 2:19-CR-139-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and Paul Riddle, Assistant Public Defender, counsel for Christopher Cotton, that the sentencing hearing currently scheduled for April 22, 2020, be vacated and re-set for no sooner than sixty (60) days, or at a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

1. On March 30, 2020, Chief Judge Miranda Du issued a general order regarding the use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal hearings during the course of the COVID-19 emergency. Chief Judge Du also incorporated the prior findings regarding

1

Covid-19 and the current state of emergency declarations and guidelines as set forth in these prior general orders. Particularly pertinent is Temporary General Order 2020-04, which strives to eliminate in-person appearances in this district.

2. In the Chief Judge's order, she noted that on March 27, 2020, Congress passed the "Coronavirus Aid, Relief, and Economic Security Act" ("CARES Act") which authorizes the use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal hearings during the course of the COVID-19 emergency. On March 29, 2020, the Judicial Conference of the United States also found that emergency conditions due to the national emergency declared by the President have affected and will materially affect the functioning of the federal courts generally.

3. The Chief Judge authorized the use of video conferencing or telephone conferencing if video conferencing is not reasonably available, for all events listed in Section 15002 of the CARES Act, and found that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. As a result, if a judge in an individual case finds, for specific reasons, that a felony plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice, the judge may, with the consent of the defendant, and after consultation with counsel, use video conferencing, or teleconferencing if video conferencing is not available, for felony pleas or sentencings.

///

///

///

4. Counsel for the defendant and the government are in agreement that the sentencing in this case can be further delayed, and does not rise to the level of a serious harm to the interests of justice.

5. All parties agree to the continuance.

6. This is the first stipulation to continue filed herein.

DATED this 14th day of April, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Linda Mott*
_____
LINDA MOTT
Assistant United States Attorney


*/s/ Paul Riddle*
_____
PAUL RIDDLE
Counsel for Defendant
Christopher Cotton

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER COTTON,

    Defendant.

Case No. 2:19-CR-139-APG-EJY

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government and counsel for Defendant Cotton agree to continue the current sentencing hearing of April 22, 2020.

2. The defendant is in custody and agrees to a continuance of 60 days.

3. All parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code,

///

Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for April 22, 2020, be vacated and continued to June 23, 2020, at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 14th day of April, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE