RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Christopher Cotton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER COTTON, <br><br> Defendant. | Case No. 2:19-cr-00139-APG-EJY <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE SENTENCING HEARING** <br> (Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Christopher Cotton, that the Sentencing Hearing currently scheduled on September 2, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.    In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations, and the District Court's Temporary General Orders, the parties seek to continue the Sentencing Hearing to such a time in the future where the parties and Mr. Cotton will be able to appear in person for the Sentencing Hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the Sentencing Hearing.

DATED this 28th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Stephanie N. Ihler*<br>STEPHANIE N. IHLER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER COTTON,<br><br>    Defendant. | Case No. 2:19-cr-00139-APG-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Wednesday, September 2, 2020 at 10:00 a.m., be vacated and continued to December 9, 2020 at the hour of 2:00 p.m. in courtroom 6C; or to a time and date convenient to the court.

   DATED this 28th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3